**Order entered June 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00944-CR

### BRYCE DAREC CLARK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83633-2017**

## ORDER

Before the Court is appellant's May 31, 2019 third motion for extension of time to file his brief. A review of this appeal shows that the appellate record was filed as of December 30, 2018, and appellant's brief was initially due on January 30, 2019.

On March 6, 2019, current counsel filed a motion to extend time to file the brief. We denied that motion because our records reflected a different appellate counsel of record. Counsel then filed a motion to substitute along with a request that we reconsider our denial of the motion to extend. We granted the motion, substituted counsel, and ordered appellant's brief due by April 23, 2019. That day, appellant filed a second motion to extend which we granted, making the brief due on May 23, 2019. In our order, we cautioned appellant that further extensions were disfavored and might result in the appeal being abated for a hearing under rule 38.8(b)(3). *See*

TEX. R. APP. P. 38.8(b)(3).  On May 31, 2019, appellant filed a third motion, asking the Court to extend the time for filing to June 30, 2019.

The rules of appellate procedure contemplate an appellant filing his brief thirty days after the record is complete.  *See* TEX. R. APP. P. 38.6(a).  The Court may extend the time for filing a brief when appropriate.  *See* TEX. R. APP. P. 38.6(d).

While we are not unsympathetic to the demands of a busy appellate practice, the job of the Court is to expeditiously resolve appeals.  If appellant's motion is granted and the brief is filed on July 1, 2019, appellate counsel will have had 116 days in which to file a brief since the date of her first appearance in this Court.

We **GRANT** appellant's motion to the extent we **ORDER** appellant's brief filed **by 5:00 p.m. on June 14, 2019**.  If appellant fails to file a brief by that date, the Court will take whatever action it deems appropriate to ensure this appeal proceeds in a more expeditious manner, which may include abating the appeal for a hearing or ordering counsel removed.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; to counsel Kristin Brown; and to the Collin County District Attorney.

/s/    CORY L. CARLYLE
        JUSTICE